# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

HASHIME ISMANI,

                Plaintiff,

v.

APELLES, LLC,

                Defendant.

Case No. 20-CV-1089-JPS

**ORDER**

On July 16, 2020, Plaintiff filed a complaint in the above-captioned matter. (Docket #1). On October 19, 2020, Plaintiff filed a notice of voluntary dismissal of this action with prejudice and without costs to either party. (Docket #7). The Court will adopt that notice. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). The Court also will deny, as moot, Plaintiff's motion for class certification, motion to stay class certification, and motion for relief from the local rules setting an automatic briefing schedule. (Docket #3).

Accordingly,

**IT IS ORDERED** that Plaintiff's notice of voluntary dismissal (Docket #7) be and the same is hereby **ADOPTED**;

**IT IS FURTHER ORDERED** that Plaintiff's motion for class certification, to stay the class certification, and for relief from the local rules setting an automatic briefing schedule (Docket #3) be and the same is hereby **DENIED as moot**; and

**IT IS FURTHER ORDERED** that this case be and the same is hereby **DISMISSED with prejudice** and without costs to either party.

Dated at Milwaukee, Wisconsin, this 22nd day of October, 2020.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge